DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
GARY ALAN BUECHLER

Chapter 13
Case No. 11-3-0593 DM

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $4,679.74 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 4 | CLERK OF THE COURT FOR DIAMOND COMIC DIST.  JOHN PRATHER 1966 GREENSPRING DR, STE 300 TIMONIUM, MD 21093 | $4,679.74 |

Dated:   May 5, 2016

/s/ CECILIA MARCELO
CECILIA MARCELO
Receipts Administrator